UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/SHIRLEY |
| | ) | |
| v. | ) | CASE NO. 3:10-CR-30 |
| | ) | |
| JOHN R. TOLBERT, JR., | ) | |

**O R D E R**

On June 2, 2010, Magistrate Judge C. Clifford Shirley, Jr., filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to the sole Count of the Indictment; (b) the Court adjudicate Defendant guilty of the charge set forth in the Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter (Court File No. 14). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **September 23, 2010**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**